January 22, 1970.

M. P. No. 909. ZONING BOARD OF REVIEW OF CITY OF EAST PROVIDENCE *v.* ERIC HASSELL AND DORIS HASSELL. Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Entitlement amended to read *Eric Hassell and Doris Hassell v. Zoning Board of Review of the City of East Providence. Joseph T. Little,* Assistant City Solicitor, for petitioner. *Edward Bromage, Jr.,* for respondents.

M. P. No. 919. HESTER *et al. v.* EDGAR J. TIMOTHY, *Clerk, et al.* Motion for leave to file petition for writ of certiorari granted, writ to issue forthwith. Petition consolidated for hearing with *Hester et al. v. Edgar J. Timothy, Clerk of Superior Court et al.,* No. 920 M. P. Counsel for both parties are requested to discuss in briefs and oral arguments in addition to other questions presented, the question of jurisdiction, in particular in light of G. L. 1956, §45-24-20, as amended. *Edward M. Botelle, Smith & Smith, Z. Hershel Smith,* for petitioners. *Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan,* for Mr. and Mrs. Sidney Tucker, *William H. Leslie, Jr.,* Town Solicitor of Town of South Kingstown, for Royal Gould et al., respondents.